CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
| --- | --- |
| United States of America<br>v.<br>**Elizabeth A. Garcia**<br>DOB: 1977; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07882MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 12, 2026, in the District of Arizona, **Elizabeth A. Garcia**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Mariana Margrita Vasquez Hernandez De Gomez and Pablo Timoteo Vasquez Escobar, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 12, 2026, in the District of Arizona (Sells), at approximately 9:30 p.m. Border Patrol Agents (BPAs) observed a dark in color minivan drive south past them on Federal Route 19 (FR19). At approximately 9:45 p.m., BPAs observed the same vehicle driving back north along FR19, indicating a quick turnaround. BPAs followed the vehicle for further investigation. BPAs ran record checks on the vehicle which revealed that the minivan is registered out of San Antonio, TX and a secondary out of Casa Grande, AZ. As BPAs continued to follow the vehicle, they noticed the driver was driving 10 MPH under the speed limit and seemed to be distracted by the presence of the BPAs. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. BPAs approached the passenger side of the vehicle and observed dark tint on the rear windows not allowing them to see inside. BPAs saw a female driver and male passenger. The passenger rolled down his window, and BPAs asked them for any identifications they had and noticed that they were shaking while trying to find their IDs. Both subjects, Elizabeth A. Garcia and Raymundo Martinez, stated they were U.S. citizens. BPAs asked if anyone else was in the vehicle and both the driver and passenger did not respond. BPAs asked them to roll down the back window. When they rolled the window down there was another male and female in the back seat, looking at the floor and avoiding eye contact. The subjects, Mariana Margarita Vasquez Hernandez De Gomez and Pablo Timoteo Vasquez Escobar, admitted to being citizens of Guatemala. Record checks revealed both subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Mariana Margarita Vasquez-Hernandez De Gomez and Pablo Timoteo Vasquez-Escobar

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| --- | --- |
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 13, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer-Hope

**Continued from front page.**

26-07882MJ

Material witness Mariana Margarita Vasquez Hernandez De Gomez stated she is a citizen and national of Guatemala. She made arrangements in Guatemala to be smuggled into the United States. After crossing, she waited two days for a vehicle that did not pick her up, and then one day for a second vehicle. She did not know what type of vehicle would pick her up and had no prior contact with the driver. No one spoke to her when the vehicle arrived. She stated she did not know what happened next, but she knew she was in the United States when stopped by agents. She made a deal to pay the driver but had not yet paid. She did not know the exact amount she was supposed to pay. The driver stated, "I know you guys are here illegally." She understood the payment was solely for the driver.

Material witness Pablo Timoteo Vasquez Escobar stated he is a citizen and national of Guatemala. He made arrangements in Mexico to be smuggled into the United States and agreed to pay $5,000 USD. He crossed the border without assistance. After crossing, he waited one day for a vehicle to pick him up. He believed the vehicle would be a grey family car. When the vehicle arrived, the doors were open, and he entered.